1    **GRIMM VRANJES & GREER LLP**
     A. CARL YAECKEL, ESQ. (SBN 89920)
2    550 West C Street, Suite 1100
     San Diego, CA  92101-3532
3    Tel: (619) 231-8802
     Fax: (619) 233-6039
4    E-mail:  cyaeckel@gvgllp.com

5    Attorneys for Plaintiff
     NORTH AMERICAN CAPACITY INSURANCE COMPANY
6

7                      **UNITED STATES DISTRICT COURT**

8                      **EASTERN DISTRICT OF CALIFORNIA**

9

10   | NORTH AMERICAN CAPACITY | Case No.:    2:12-cv-01383-JAM-EFB |
     INSURANCE COMPANY,

11                                                 **STIPULATION TO DISMISS ENTIRE**
                      Plaintiff,                   **ACTION**
12
            v.
13
     ILLINOIS UNION INSURANCE
14   COMPANY, and DOES 1 through 40,
     inclusive,
15
                      Defendant.
16

17          IT IS HEREBY STIPULATED by and between all parties, including Plaintiff NORTH

18   AMERICAN CAPACITY INSURANCE COMPANY and Defendant ILLINOIS UNION

19   INSURANCE COMPANY, through their designated counsel, that the entire action be and

20   hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

21          The parties further stipulate to bear their own costs and fees.

22   Dated:  April 24, 2013                        GRIMM, VRANJES & GREER LLP

23

24                                          By:  /s/ A. Carl Yaeckel
                                                 A. Carl Yaeckel
25                                               Attorneys for Plaintiff
                                                 NORTH AMERICAN CAPACITY
26                                               INSURANCE COMPANY
                                                 E-mail:  cyaeckel@gvgllp.com
27

28
                                            1
     ──────────────────────────────────────────────────

1    Dated:   April 24, 2013                    MORALES, FIERRO & REEVES

2

3                                        By:   /s/ Christine M. Fierro
                                               (as authorized on March 13, 2013)
4                                              Christine M. Fierro
                                               Attorneys for Defendant
5                                              ILLINOIS UNION INSURANCE COMPANY
                                               E-mail:  cfierro@mfrlegal.com
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28