**GRIMM VRANJES & GREER LLP**
A. CARL YAECKEL, ESQ. (SBN 89920)
550 West C Street, Suite 1100
San Diego, CA 92101-3532
Tel: (619) 231-8802
Fax: (619) 233-6039
E-mail: cyaeckel@gvgllp.com

Attorneys for Plaintiff
NORTH AMERICAN CAPACITY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN CAPACITY INSURANCE COMPANY,<br><br>         Plaintiff,<br><br>     v.<br><br>ILLINOIS UNION INSURANCE COMPANY, and DOES 1 through 40, inclusive,<br><br>         Defendant. | Case No.:   2:12-cv-01383-JAM-EFB<br><br>**ORDER TO DISMISS ENTIRE ACTION** |

Pursuant to stipulation of all parties, including Plaintiff NORTH AMERICAN CAPACITY INSURANCE COMPANY and Defendant ILLINOIS UNION INSURANCE COMPANY, and good cause existing therefore,

**IT IS HEREBY ORDERED** that the entire action be and hereby is dismissed with prejudice, with each party to bear their own costs.

Dated: 4/24/2013

/s/ John A. Mendez
Honorable John A. Mendez
Judge of the United States District Court